IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARILYN J. THOMSEN and ALLEN THOMSEN,<br><br>        Plaintiffs,<br><br>vs.<br><br>DAVOL, INC. and C.R. BARD, INC.,<br><br>        Defendants. | CASE NO. 4:09-cv-03242-RGK-CRZ<br><br><br><br>**ORDER** |

THIS MATTER is before the Court on the Stipulation to Stay Proceedings Pending Transfer to the Multidistrict Litigation. Filing No. 10. The Court finds that the stipulation is supported by good cause.

IT IS HEREBY ORDERED that the Stipulation to Stay Proceedings Pending Transfer to the Multidistrict Litigation shall be granted.

DATED this 12th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge